MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Defendant[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAQUEL HERNANDEZ and CARLOS HERNANDEZ, | No. C 10-4198 TEH |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO ANSWER |
| v. | |
| THOMAS VILSACK, Secretary of the U.S. Department of Agriculture, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///

---

[1] Defendant enters his appearance here for the purpose of this stipulation only. Defendant reserves the right to raise all available and appropriate defenses in his responsive pleading.

STIPULATION
C 10-4198 TEH            1

1    Plaintiffs filed the instant action on September 16, 2010.  The United States Attorney's
2 Office was served on October 22, 2010; accordingly, the answer is due December 21, 2010.  Due to
3 the length of the complaint and the unavailability of persons knowledgeable about the case,
4 Defendant requires additional time to prepare a complete answer to the Complaint.  Such an
5 extension would not alter the date of any event or any deadline already set by the Court.  Pursuant
6 to Civil Local Rule 6-1(a), the parties hereby stipulate to extend time for Defendant to answer to
7 January 21, 2011.

8    Dated: December 1, 2010                         Respectfully submitted,

9                                                                        MELINDA HAAG
                                                                              United States Attorney

11                                                                              /s/
                                                                        MELANIE L. PROCTOR[2]
12                                                                     Assistant United States Attorney
                                                                              Attorneys for Defendant

14    Dated: December 1, 2010                                        /s/
                                                                        MURLENE J. RANDLE
15                                                                     Attorney for Plaintiffs



12/1/10
IT IS SO ORDERED
Judge Thelton E. Henderson

---

[2] I, Melanie L. Proctor, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by an /s/.