1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6813
       Facsimile: (415) 436-6748
       E-Mail:   Annie.Reding@usdoj.gov
7
8  Attorneys for Defendant

9  MURLENE J. RANDLE, State Bar #098124
   Law Offices of Murlene J. Randle
10
11     235 Montgomery Street, Suite 716
       San Francisco, California 94104
       Telephone:(415) 352-0189
12     Facsimile: (415) 352-0187
       E-Mail:   Murlene@Randlelawoffices.com

13 Attorney for Plaintiffs

14             UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17
   RAQUEL HERNANDEZ and CARLOS    )   No. C 10-4198 TEH (LB)
18 HERNANDEZ,                     )
                                  )
19              Plaintiffs,       )   **STIPULATION AND ~~PROPOSED~~
                                  )   ORDER TO CONTINUE MEDIATION
20    v.                          )   DEADLINE AND SETTLEMENT
                                  )   CONFERENCE**
21 THOMAS VILSACK, Secretary of the U.S. )
   Department of Agriculture,     )       *as modified by the court*
22                                )
                Defendant.        )
23 _____)

24
           Pursuant to Local Civil Rules 6-1 and 6-2, Defendant Thomas Vilsack, Secretary of the
25
   United States Department of Agriculture ("Defendant") and Plaintiffs Raquel and Carlos
26
   Hernandez ("Plaintiffs"), by and through their respective counsel, hereby jointly and
27
   respectfully request that the Court continue the September 10, 2011 mediation deadline to
28

STIPULATION AND PROPOSED ORDER TO CONTINUE MEDIATION DEADLINE
AND SETTLEMENT CONFERENCE
C 10-4198 TEH (LB)                      1

October 21, 2011 and continue the November 8, 2011 settlement conference with Magistrate

Judge Laurel Beeler until June 19, 2012, which is closer to the September 25, 2012 trial in the

above-captioned matter.  In accordance with Local Civil Rule 6-2(a), this stipulation is supported

by the Declarations of Ann Marie Reding and Murlene Randle and a proposed order, which are

filed herewith.  The parties stipulate as follows:

1.        On September 16, ~~2011~~ 2010, Plaintiffs filed their Complaint for Damages, Declaratory

& Equitable Relief.  *See* Docket No. 1.

2.        On February 23, 2011, the Court signed the parties' Stipulation and Order

Selecting ADR and referred this case to mediation.  *See* Docket No. 15.

3.         On March 14, 2011, the Court entered an Order for Pretrial Preparation, setting

this case for a jury trial on September 25, 2012 and referring this case to a magistrate judge for a

mandatory settlement conference no later than 5 calendar days before ~~trial~~ the pretrial conference.  On the same day, the

Court ordered the parties to complete mediation by September 10, 2011.  *See* Docket Nos. 19

and 20, ¶ 8.

4.        On March 17, 2011, the Court issued a Notice and Order re Settlement

Conference, setting this matter for a settlement conference before Magistrate Judge Laurel

Beeler on November 8, 2011 at 9:30 a.m.  *See* Docket No. 21.

3.        On March 29, 2011, the Court appointed Jody I. LeWitter as the mediator for this

case and  *See* Docket No. 24.

4.        On May 13, 2011, the parties had a telephone conference with Ms. LeWitter and

agreed to a mediation date of September 7, 2011.  *See* Declarations of Ann Marie Reding

("Reding Decl."), ¶ 2; Declaration of Murlene Randle ("Randle Decl."), ¶ 5.

5.        Due to the unavailability of the parties and of counsel, the parties will not be able

to conduct necessary discovery prior to the September 10, 2011 mediation deadline.  *See* Reding

Decl., ¶¶ 3-6; Randle Decl., ¶¶ 6-12.

6.        The parties, however, have agreed to a deposition schedule and a new mediation

date of October 19, 2011.  The parties have also confirmed that Ms. LeWitter is available to

mediate this case on October 19, 2011.  *See* Reding Decl., ¶¶ 7-8; Randle Decl., ¶ 12.

7.     Based on the foregoing, the parties respectfully request that the Honorable District Court Judge Thelton Henderson continue the mediation deadline from September 10, 2011 to October 21, 2011 so that the parties will have time to conduct necessary discovery and will be able to prepare for a meaningful mediation session with Ms. LeWitter.  *See* Reding Decl., ¶ 10; Randle Decl., ¶ 13.

8.     The parties further jointly and respectfully request that the Honorable Magistrate Judge Laurel Beeler continue the mandatory settlement conference from November 8, 2011 until a June 19, 2012, which is closer to the September 25, 2012 trial in this matter.  The parties believe that the mandatory settlement conference was scheduled for November 8, 2011 in error, as Judge Henderson had also ordered the parties to mediation, due to be completed very close in time to the settlement conference with Judge Beeler.  *See* Reding Decl., ¶ 11; Randle Decl., ¶ 14.

9.     Other than a stipulation between the parties to extend the time for Defendant to respond to Plaintiffs' Complaint, and an request at the initial case management conference to extend the mediation to September 10, 2011, no prior extensions of time have been requested or granted.  *See* Reding Decl., ¶ 12; Randle Decl., ¶ 15

///
///
///
///
///
///
///
///
///
///
///

1    10.    The only impact the requested modifications will have on this case is to delay the

2  mediation for six (6) weeks and move the mandatory settlement conference closer to the

3  September 25, 2012 trial date.  No party will be prejudiced by the proposed modifications.  *See*

4  Reding Decl., ¶ 13; Randle Decl., ¶ 15.

5  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6  Dated: July 26, 2011                           Respectfully submitted,

7

8                                                 MELINDA HAAG
                                                  United States Attorney

9                                                 ____/s/ Ann Marie Reding_____
                                                  ANN MARIE REDING
10                                                Assistant United States Attorney
                                                  Attorneys for Defendant
11
   Dated: July 26, 2011                           ____/s/ Murlene Randle_____
12                                                MURLENE J. RANDLE
                                                  Attorney for Plaintiffs
13

14

15                            ~~PROPOSED~~ **ORDER**

16       Plaintiff and Defendant's stipulated request to continue the mediation deadline from

17  September 10, 2011 to October 21, 2011 is hereby **GRANTED**.

18

   Dated: ____07/27/2011_____          _____
19                                         THELTON
                                           United State
20

21

22                            **PROPOSED ORDER**

23       Plaintiff and Defendant's stipulated  request to continue the mandatory settlement

24  conference from November 8, 2011, 9:30 a.m. to June 19, 2012, at 9:30 a.m., is hereby

25  **GRANTED**.

26

27  Dated: _____          _____
                                            LAUREL BEELER
28                                          United States Magistrate Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE MEDIATION DEADLINE
AND SETTLEMENT CONFERENCE
C 10-4198 TEH (LB)                    4