MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   Facsimile: (415) 436-6748
   E-Mail:   Annie.Reding@usdoj.gov

Attorneys for Defendant

MURLENE J. RANDLE, State Bar #098124
Law Offices of Murlene J. Randle

   235 Montgomery Street, Suite 716
   San Francisco, California 94104
   Telephone:(415) 352-0189
   Facsimile: (415) 352-0187
   E-Mail:   Murlene@Randlelawoffices.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAQUEL HERNANDEZ and CARLOS HERNANDEZ,<br><br>                  Plaintiffs,<br><br>v.<br><br>THOMAS VILSACK, Secretary of the U.S. Department of Agriculture,<br><br>                  Defendant. | No. C 10-4198 TEH (LB)<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE MEDIATION DEADLINE AND SETTLEMENT CONFERENCE** |

      Pursuant to Local Civil Rules 6-1 and 6-2, Defendant Thomas Vilsack, Secretary of the United States Department of Agriculture ("Defendant") and Plaintiffs Raquel and Carlos Hernandez ("Plaintiffs"), by and through their respective counsel, hereby jointly and respectfully request that the Court continue the September 10, 2011 mediation deadline to

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MEDIATION DEADLINE
AND SETTLEMENT CONFERENCE
C 10-4198 TEH (LB)                     1

October 21, 2011 and continue the November 8, 2011 settlement conference with Magistrate Judge Laurel Beeler until June 19, 2012, which is closer to the September 25, 2012 trial in the above-captioned matter.  In accordance with Local Civil Rule 6-2(a), this stipulation is supported by the Declarations of Ann Marie Reding and Murlene Randle and a proposed order, which are filed herewith.  The parties stipulate as follows:

  1. On September 16, 2011, Plaintiffs filed their Complaint for Damages, Declaratory & Equitable Relief.  *See* Docket No. 1.

  2. On February 23, 2011, the Court signed the parties' Stipulation and Order Selecting ADR and referred this case to mediation.  *See* Docket No. 15.

  3.  On March 14, 2011, the Court entered an Order for Pretrial Preparation, setting this case for a jury trial on September 25, 2012 and referring this case to a magistrate judge for a mandatory settlement conference no later than 5 calendar days before trial.  On the same day, the Court ordered the parties to complete mediation by September 10, 2011.  *See* Docket Nos. 19 and 20, ¶ 8.

  4. On March 17, 2011, the Court issued a Notice and Order re Settlement Conference, setting this matter for a settlement conference before Magistrate Judge Laurel Beeler on November 8, 2011 at 9:30 a.m.  *See* Docket No. 21.

  3. On March 29, 2011, the Court appointed Jody I. LeWitter as the mediator for this case and  *See* Docket No. 24.

  4. On May 13, 2011, the parties had a telephone conference with Ms. LeWitter and agreed to a mediation date of September 7, 2011.  *See* Declarations of Ann Marie Reding ("Reding Decl."), ¶ 2; Declaration of Murlene Randle ("Randle Decl."), ¶ 5.

  5. Due to the unavailability of the parties and of counsel, the parties will not be able to conduct necessary discovery prior to the September 10, 2011 mediation deadline.  *See* Reding Decl., ¶¶ 3-6; Randle Decl., ¶¶ 6-12.

  6. The parties, however, have agreed to a deposition schedule and a new mediation date of October 19, 2011.  The parties have also confirmed that Ms. LeWitter is available to

1   mediate this case on October 19, 2011.  *See* Reding Decl., ¶¶ 7-8; Randle Decl., ¶ 12.

2       7.      Based on the foregoing, the parties respectfully request that the Honorable
3   District Court Judge Thelton Henderson continue the mediation deadline from September 10,
4   2011 to October 21, 2011 so that the parties will have time to conduct necessary discovery and
5   will be able to prepare for a meaningful mediation session with Ms. LeWitter.  *See* Reding Decl.,
6   ¶ 10; Randle Decl., ¶ 13.

7       8.      The parties further jointly and respectfully request that the Honorable Magistrate
8   Judge Laurel Beeler continue the mandatory settlement conference from November 8, 2011 until
9   a June 19, 2012, which is closer to the September 25, 2012 trial in this matter.  The parties
10  believe that the mandatory settlement conference was scheduled for November 8, 2011 in error,
11  as Judge Henderson had also ordered the parties to mediation, due to be completed very close in
12  time to the settlement conference with Judge Beeler.  *See* Reding Decl., ¶ 11; Randle Decl., ¶ 14.

13      9.      Other than a stipulation between the parties to extend the time for Defendant to
14  respond to Plaintiffs' Complaint, and an request at the initial case management conference to
15  extend the mediation to September 10, 2011, no prior extensions of time have been requested or
16  granted.    *See* Reding Decl., ¶ 12; Randle Decl., ¶ 15

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MEDIATION DEADLINE
AND SETTLEMENT CONFERENCE
C 10-4198 TEH (LB)                    3

10. The only impact the requested modifications will have on this case is to delay the mediation for six (6) weeks and move the mandatory settlement conference closer to the September 25, 2012 trial date. No party will be prejudiced by the proposed modifications. *See* Reding Decl., ¶ 13; Randle Decl., ¶ 15.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 26, 2011                         Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                             ____/s/ Ann Marie Reding_____
                                             ANN MARIE REDING
                                             Assistant United States Attorney
                                             Attorneys for Defendant

Dated: July 26, 2011                         ____/s/ Murlene Randle_____
                                             MURLENE J. RANDLE
                                             Attorney for Plaintiffs

## **PROPOSED ORDER**

Plaintiff and Defendant's stipulated request to continue the mediation deadline from September 10, 2011 to October 21, 2011 is hereby **GRANTED**.

Dated: _____        _____
                                      THELTON E. HENDERSON
                                      United States District Court Judge

## **P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**

Plaintiff and Defendant's stipulated request to continue the mandatory settlement conference from November 8, 2011, 9:30 a.m. to June 19, 2012, at 9:30 a.m., is hereby **GRANTED**. The Notice and Order Regarding the Settlement Conference filed on March 17, 2011 remains in full affect.

Dated: July 28, 2011                  _____
                                      LAUREL BEELER
                                      United States Magistrate Judge

STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER TO CONTINUE MEDIATION DEADLINE
AND SETTLEMENT CONFERENCE
C 10-4198 TEH (LB)                    4