1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (SBN 226864)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, CA 94102-3495
        Telephone: 415 436-6813
6       Fax: 415 436-6748
        Email: annie.reding@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | RAQUEL HERNANDEZ AND CARLOS | Docket No. C 10-4198 TEH
13 | HERNANDEZ,                  |
14 |        Plaintiffs,           |
15 | v.                           | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
16 | THOMAS J. VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, |
17 |                              |
18 |        Defendant.            |

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs CARLOS HERNANDEZ AND RAQUEL HERNANDEZ and defendant THOMAS J. VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: October 28, 2011

Murlene J. Randle
Plaintiff's Attorney

DATED: January 13, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 01/17/2012

HON. T...
United S...

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 10-4198 TEH                                2