1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (SBN 226864)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-6813
6      Fax: 415 436-6748
       Email: annie.reding@usdoj.gov
7
   Attorneys for Defendant
8
                  UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12  RAQUEL HERNANDEZ AND CARLOS          Docket No. C 10-4198 TEH
    HERNANDEZ,
13
                   Plaintiffs,
14                                       **STIPULATION AND [PROPOSED]
    v.                                   ORDER OF DISMISSAL WITH
15                                       PREJUDICE**
    THOMAS J. VILSACK, SECRETARY OF
16  THE UNITED STATES DEPARTMENT OF
    AGRICULTURE,
17
                   Defendant.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 10-4198 TEH

1    THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

2  FOLLOWING STIPULATION:

3    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs CARLOS HERNANDEZ

4  AND RAQUEL HERNANDEZ and defendant THOMAS J. VILSACK, SECRETARY OF

5  THE UNITED STATES DEPARTMENT OF AGRICULTURE hereby stipulate to dismiss

6  with prejudice the above-captioned action, including all claims that were asserted therein.

7  Each party will bear its own costs and attorneys' fees.

8

9  DATED: *October 28, 2011*                _[signature]_
                                             Murlene J. Randle
10                                           Plaintiff's Attorney

11
     DATED: *January 13, 2012*              _[signature]_
12                                           Ann Marie Reding
                                             Assistant United States Attorney
13                                           Attorney for Defendant

14                        **[~~PROPOSED~~] ORDER**

15    The Stipulation of Dismissal with Prejudice is granted and this entire action is

16  dismissed with prejudice.

17

18    IT IS SO ORDERED.

19
     Dated: _01/17/2012_ _____
20                                        
                                          HON.
21                                        United
                                          Judge Thelton E. Henderson
22

23

24

25

26

27

28